UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICIA MURRAY,                          )    NO. EDCV 11-00726-MAN
                                          )
              Plaintiff,                  )
                                          )    JUDGMENT
         v.                               )
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security,          )
                                          )
              Defendant.                  )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is affirmed and the above-captioned action is
dismissed with prejudice.


DATED:  February 8, 2012

                                        _Margaret A. Nagle_____
                                             MARGARET A. NAGLE
                                      UNITED STATES MAGISTRATE JUDGE