1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  **PATRICIA MURRAY,**                    )     NO. EDCV 11-00726-MAN
                                            )
12                   **Plaintiff,**          )
                                            )     JUDGMENT
13            **v.**                         )
                                            )
14  **MICHAEL J. ASTRUE,**                   )
    **Commissioner of Social Security,**     )
15                                          )
                     **Defendant.**          )
16  _____)

17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is affirmed and the above-captioned action is

22  dismissed with prejudice.

23

24  DATED:  February 8, 2012

25                                     _____
                                            MARGARET A. NAGLE
26                                     UNITED STATES MAGISTRATE JUDGE

27

28